OPINIONS OF THE SUPREME COURT OF OHIO
     The full texts of the opinions of the Supreme Court of Ohio
are being transmitted electronically beginning May 27, 1992,
pursuant to a pilot project implemented by Chief Justice Thomas
J. Moyer.
     Please call any errors to the attention of the Reporter's
Office of the Supreme Court of Ohio.  Attention:  Walter S.
Kobalka, Reporter, or Deborah J. Barrett, Administrative
Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010.  Your
comments on this pilot project are also welcome.
     NOTE:  Corrections may be made by the Supreme Court to the
full texts of the opinions after they have been released
electronically to the public.  The reader is therefore advised
to check the bound volumes of Ohio St.3d published by West
Publishing Company for the final versions of these opinions.
The advance sheets to Ohio St.3d will also contain the volume
and page numbers where the opinions will be found in the bound
volumes of the Ohio Official Reports.

Taylor, Appellant, v. Lucas, Appellee.
[Cite as Taylor v. Lucas (1994),     Ohio St.3d    .]
Motor vehicles -- Civil action for bodily injuries -- Punitive
     damages may be awarded, when -- Evidence that negligent
     driver consumed alcohol prior to vehicular accident
     admissible to justify award of punitive damages.
     (No. 94-303 -- Submitted October 11, 1994 -- Decided
November 23, 1994.)
     Appeal from the Court of Appeals for Trumbull County, No.
92-T-4817.

     Ohlin & Ohlin and Joseph D. Ohlin, for appellant.
     Chuparkoff & Chuparkoff, George A. Chuparkoff and Stephen
J. Chuparkoff, for appellee.

     The discretionary appeal is allowed.  The judgment of the
court of appeals is reversed and the cause is remanded to the
trial court for further proceedings consistent with Cabe v.
Lunich (1994),     Ohio St.3d    , N.E.2d    .
     Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E.
Sweeney and Pfeifer, JJ., concur.